UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

CASE NO.

MICHAEL LIRETTE,
a citizen and resident of Oklahoma,

Plaintiff,

vs.

CARNIVAL CORPORATION,
d/b/a CARNIVAL CRUISE LINES,

Defendant.

_____/

## COMPLAINT

Plaintiff, MICHAEL LIRETTE, a citizen and resident of Oklahoma, hereby sues Defendant, CARNIVAL CORPORATION, with its principal place of business in Florida doing business as CARNIVAL CRUISE LINES ("Defendant CARNIVAL"), and alleges the following:

## JURISDICTION, VENUE AND PARTIES

1.      This is an action for damages in excess of seventy-five thousand ($75,000.00) dollars, exclusive of interest and costs.

2.      Plaintiff, MICHAEL LIRETTE, is a resident and citizen of Oklahoma, and is otherwise *sui juris*.

3.      Defendant, CARNIVAL, is an American corporation with its principal place of business in Miami-Dade County, Florida.  Defendant CARNIVAL is a citizen of Florida for purposes of determining subject matter jurisdiction over this action.

4.      At all material times Defendant CARNIVAL CORPORATION, was

operating under the fictious name "CARNIVAL CRUISE LINES" ("CARNIVAL").

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, based on diversity of citizenship. Plaintiff is a resident and citizen of Oklahoma, while Defendant is a citizen of Florida. The damages and injuries suffered by Plaintiff support an award of damages in excess of $75,000.00, exclusive of interest and costs.

6. This case also has admiralty subject matter jurisdiction pursuant to 28 .S.C. § 1333 since the accident occurred on a cruise ship in open waters and has the potential to impact maritime commerce.

7. At all material times, Defendant CARNIVAL has conducted ongoing substantial and not isolated business activities in Miami-Dade County, Florida, in the Southern District of Florida, so that in personam jurisdiction over Defendant exists in the United States District Court for the Southern District of Florida.

8. At all material times, the Defendant has engaged in the business of operating maritime cruise vessels for fare paying passengers, including the Plaintiff.

9. In the operative ticket contract, the Defendant requires fare paying passengers such as the Plaintiff to bring any lawsuit against it arising out of injuries or events occurring on the cruise voyage in this federal judicial district, and venue is proper in this Court.

10. Venue is also proper in this district because the Defendant's principal places of business is located within this district.

11. Plaintiff has complied with all conditions precedent to bringing this action, including providing Defendant with timely notice as required by the ticket contract.

## LIABILITY AND DAMAGE ALLEGATIONS COMMON TO ALL COUNTS

12. At all material times, Defendant CARNIVAL was engaged in the business of

operating maritime cruise vessels for fare paying passengers and for this purpose operated, among other vessels, the "CARNIVAL JUBILEE".

13.     On April 13, 2024, Plaintiff was a fare paying passenger aboard the "CARNIVAL JUBILEE" and in that capacity was lawfully present aboard the vessel.

14.     On April 13, 2024, Plaintiff was in the dining room while a CARNIVAL employee was transporting soiled dishware, failed to exercise due care and dropped soiled dishware on Plaintiff's head which resulted in serious injuries.

## COUNT I - NEGLIGENCE

15.     Plaintiff adopts, realleges and incorporates by reference all allegations of Paragraphs 1 through 14 above and further alleges the following matters.

16.     At all material times, Defendant CARNIVAL owed Plaintiff, as a fare paying passenger, a duty of reasonable care for her safety, including a duty to have proper protocols in all areas of the vessel that would ensure the safety of all passengers.

17.     On April 13, 2024, Defendant breached its duty in that it failed to have proper protocol to ensure its employees transported soiled dishware in a reasonably safe manner, so that passengers such as Plaintiff would not be injured.

18.   As a result, of the Defendant's negligence, Plaintiff sustained serious injuries.

**WHEREFORE,** Plaintiff demands judgment against Defendant CARNIVAL for compensatory damages, interest and the costs of this action and further demands trial by jury of all issues so triable as of right.

## DEMAND FOR JURY TRIAL

The Plaintiff hereby demands trial by jury of all issues so triable as of right.

Dated: October 18, 2024

**CHALIK & CHALIK, P.A**.
Attorneys for Plaintiff
10063 N.W. 1st Court
Plantation, Florida 33324
Tel.:    (954) 476-1000
Fax:    (954) 472-1173
Service:  litigation@chaliklaw.com


By: /s/ *Debi Chalik*

       DEBI F. CHALIK
       Florida Bar No. 179566
       Debi@chaliklaw.com